# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DIBBLE<br><br>            Plaintiff<br><br>    v.<br><br>AVENAL STATE PRISON,<br><br>            Defendant. | CASE No. 1:13-cv-01132-DLB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 9) |

Plaintiff Donald Dibble ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was filed on July 22, 2013. (ECF No. 1.) On January 29, 2014, Plaintiff filed a notice of voluntary dismissal. (ECF No. 9.)

"[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. No defendant has filed an answer or other responsive pleading.

///
///
///

1  Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this
2  case, term all pending motions, and adjust the docket to reflect voluntary dismissal of this action
3  pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **February 3, 2014**               /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE

2